TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN


 




ON MOTION FOR RECONSIDERATION EN BANC








NO. 03-06-00529-CV






American Protection Insurance Company, Appellant


v.


Liana Leordeanu, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. D-1-GN-04-001199, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING






O R D E R

PER CURIAM

 Liana Leordeanu has filed a motion for rehearing en banc. The motion is denied.

 It is ordered February 13, 2009.



Before Chief Justice Jones, Justices Patterson, Puryear, Pemberton, Waldrop and Henson;

 Dissenting Opinion by Justice Henson